UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABC et al.,

                Petitioners,

    - against -

XYZ CORP. et al.,

                Respondents.

---

18cv11653 (JGK)

ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2019
```

JOHN G. KOELTL, District Judge:

    A Report and Recommendation was entered by Magistrate Judge James L. Cott, on March 13, 2019, recommending that the settlement be approved in full and that the action be unsealed and all pleadings and related documents be filed on the docket with redactions to the infants' and parents' names, birth dates, addresses, and any other information that could lead to identification of the infant petitioners. Magistrate Judge Cott also advised the parties that they had 14 days to file objections and that a failure to file timely objections would result in waiver of objections and preclude further appellate review.

    The parties have notified Magistrate Judge Cott that they will not file an objection to the Report and Recommendation. Moreover, the Report and Recommendation are well founded. The Court therefore adopts the Report and Recommendation. The Clerk is directed to enter judgment in accordance with the structured

settlement.  The Clerk is also directed to unseal this case and the parties are directed to file redacted documents consistent with the Report and Recommendation.

**SO ORDERED.**

Dated:     New York, New York
           March 18, 2019

                                              _____
                                              John G. Koeltl
                                              **United States District Judge**