UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2019
```

-----------------------------------------------------------X

ABC,                                        :
                                            :
                    Petitioners,            :           **ORDER**
                                            :
          -against-                         :           18-CV-11653 (JGK) (JLC)
                                            :
DEF,                                        :
                                            :
                    Respondents.            :
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

Judge Koeltl having ordered this case to be unsealed (Dkt. No. 9), the Clerk is

hereby directed to unseal the report and recommendation filed on March 15, 2019.

**SO ORDERED.**

Dated: March 19, 2019
        New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

1